1  GAIL C. TRABISH, ESQ. (SBN 103482)
   BOORNAZIAN, JENSEN & GARTHE
2  A Professional Corporation
   555 12th Street, Suite 1800
3  Oakland, CA 94607
   Telephone: (510) 834-4350
4  Facsimile: (510) 839-1897

5  Attorneys for Defendant
   TARGET CORPORATION

6

7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10

11 | AUDREY FAULKNER,                    ) Case No.: 3:11-cv-01859-MEJ
                                         )
12 |         Plaintiff,                  )
                                         ) **STIPULATION TO EXTEND ADR**
13 | vs.                                 ) **DEADLINE AND [PROPOSED]**
                                         ) **ORDER**
14 | TARGET CORPORATION,                 )
     Does 1 to 25, Inclusive             )
15 |                                     ) Complaint Filed: March 10, 2011
             Defendants.                 )
16 |                                     )

17      IT IS HEREBY STIPULATED by and between the attorney for plaintiff AUDREY
18 FAULKNER and the attorney for defendant TARGET CORPORATION that the parties agree to
19 extend the October 6, 2011 deadline to complete mediation to November 3, 2011. All parties and
20 mediator Noah G. Blechman, Esq. are available to mediate on November 3, 2011.
21      IT IS SO STIPULATED:
22
23 DATED: ___9/17___, 2011
24                                              BRADY LAW GROUP
25
26                                              By: _____
                                                    STEVEN J. BRADY, ESQ.
27                                                  Attorney for Plaintiff
                                                    AUDREY FAULKNER
28

-1-

STIPULATION TO EXTEND ADR DEADLINE AND [PROPOSED] ORDER - Case No. 3:11-cv-01859-MEJ

DATED: September 19, 2011

BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation

By: _____
GAIL C. TRABISH, ESQ
Attorneys for Defendant
TARGET CORPORATION

**ORDER PURSUANT TO STIPULATION**

Pursuant to the stipulation of the parties,

IT IS HEREBY ORDERED.

DATED: September 21, 2011

By: _____
MARIA-ELENA JAMES
Chief Magistrate Judge

-2-
STIPULATION TO EXTEND ADR DEADLINE AND [PROPOSED] ORDER - Case No. 3:11-cv-01859-MEJ