1  GAIL C. TRABISH, ESQ. (SBN 103482)
   BOORNAZIAN, JENSEN & GARTHE
2  A Professional Corporation
   555 12th Street, Suite 1800
3  Oakland, CA 94607
   Telephone: (510) 834-4350
4  Facsimile: (510) 839-1897

5  Attorneys for Defendant
   TARGET CORPORATION

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 | AUDREY FAULKNER,              ) Case No.: 3:11-cv-01859-MEJ
                                   )
12 |         Plaintiff,             )
                                   ) **STIPULATION TO EXTEND ADR**
13 | vs.                            ) **DEADLINE AND [PROPOSED]**
                                   ) **ORDER**
14 | TARGET CORPORATION,           )
   | Does 1 to 25, Inclusive       )
15 |                               ) Complaint Filed: March 10, 2011
   |         Defendants.           )
16 |                               )

17     IT IS HEREBY STIPULATED by and between the attorney for plaintiff AUDREY
18 FAULKNER and the attorney for defendant TARGET CORPORATION that the parties agree to
19 extend the October 6, 2011 deadline to complete mediation to November 3, 2011. All parties and
20 mediator Noah G. Blechman, Esq. are available to mediate on November 3, 2011.
21     IT IS SO STIPULATED:
22
23 DATED: 9/17, 2011
24                                              BRADY LAW GROUP
25
26                                              By: _____
27                                                  STEVEN J. BRADY, ESQ.
                                                    Attorney for Plaintiff
28                                                  AUDREY FAULKNER

-1-
STIPULATION TO EXTEND ADR DEADLINE AND [PROPOSED] ORDER - Case No. 3:11-cv-01859-MEJ

1
2  DATED: September 19, 2011
3                                              BOORNAZIAN, JENSEN & GARTHE
                                               A Professional Corporation
4
5                                              By: _____
6                                                   GAIL C. TRABISH, ESQ
                                                    Attorneys for Defendant
7                                                   TARGET CORPORATION
8
9
10                          **ORDER PURSUANT TO STIPULATION**
11
     Pursuant to the stipulation of the parties,
12
     IT IS HEREBY ORDERED.
13
14
   DATED:  September 21, 2011
15
                                               By: _____
16                                                  MARIA-ELENA JAMES
                                                    Chief Magistrate Judge
17
18
19
20
21
22
23
24
25
26
27
28

-2-

STIPULATION TO EXTEND ADR DEADLINE AND [PROPOSED] ORDER - Case No. 3:11-cv-01859-MEJ