GAIL C. TRABISH, ESQ. (SBN 103482)
BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation
555 12th Street, Suite 1800
Oakland, CA 94607
Telephone: (510) 834-4350
Facsimile: (510) 839-1897

Attorneys for Defendant
TARGET CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUDREY FAULKNER, <br><br> Plaintiff, <br><br> vs. <br><br> TARGET CORPORATION, <br> Does 1 to 25, Inclusive <br><br> Defendants. | Case No.: 3:11-cv-01859-MEJ <br><br> **STIPULATION FOR DISMISSAL** <br><br> Complaint Filed: March 10, 2011 |

IT IS HEREBY STIPULATED by and between Plaintiff AUDREY FAULKNER, by and through her attorney of record, Stephen J. Brady, Esq., and Defendant TARGET CORPORATION, by and through its attorney of record, Gail C. Trabish, Esq., that plaintiff will dismiss, with prejudice, DEFENDANT TARGET CORPORATION pursuant to F.R.C.P. 41(a)(1), with each party to bear its own costs and attorney's fees.

**IT IS SO STIPULATED.**

DATED: __12/20__, 2011____            _____
                                     STEPHEN J. BRADY, ESQ.
                                     Attorney for Plaintiff
                                     AUDREY FAULKNER

-1-

STIPULATION FOR DISMISSAL – CASE NO. 3:11-cv-01859-MEJ

DATED: 12/27, 2011

GAIL C. TRABISH, ESQ.
Attorneys for Defendant
TARGET CORPORATION

## ORDER

Pursuant to stipulation, **IT IS SO ORDERED**.

DATED: 1/3/2012

HONORABLE MARIA ELENA JAMES
CHIEF MAGISTRATE JUDGE

26673\562519

-2-

STIPULATION FOR DISMISSAL – CASE NO. 3:11-cv-01859-MEJ